Case 1:19-mj-00191 Document 1 Filed in TXSD on 02/01/19 Page 1 of 1

United States District Court
Southern District of Texas
**FILED**

FEB 01 2019

David J. Bradley, Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-19-191-MJ |
| 1  Romeo Aaron Gutierrez<br>2  Jaime Ledesma | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 31, 2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) & 846 | Knowingly and intentionally possess with intent to distribute 33.50 kilograms of cocaine, a Schedule II controlled substance and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute 33.50 kilograms of cocaine. |

This criminal complaint is based on these facts:

On January 31, 2019, special agents were conducting surveillance and observed a 2014 GMC Sierra arrive and depart within approximately (2) minutes from a residence at ▮▮▮▮▮▮ in Brownsville, Texas. Special agents coordinated an outbound inspection of the vehicle and interviewed the driver, Romeo Aaron GUTIERREZ, who admitted post Miranda to delivering 30 individually packaged bundles of cocaine to ▮▮▮▮▮▮ Special agents responded to ▮▮▮▮▮▮ obtained consent to search from Resident owner Jaime LEDESMA, subsequently recovering 30 individually packaged bundles (approximately 33.50 kilograms) containing a white powdery substance, which field tested positive for the characteristic of cocaine. Resident owner Jaime LEDESMA admitted to having received and storing the cocaine on the listed date for subsequent distribution.

☐ Continued on the attached sheet.

_Complainant's Signature_

Anthony Agular    Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

February 1, 2019
_Date_

_Judge's Signature_

Brownsville, Texas
_City and State_

Ignacio Torteya III    U.S. Magistrate Judge
_Printed name and title_